**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION**

| | |
|---|---|
| ZIMMERMAN, INC., DUN O'CONNOR, and FAITH M. O'CONNOR,<br><br>Plaintiffs,<br><br>v.<br><br>MURPHY EXPLORATION & PRODUCTION CO., a Delaware corporation, MURPHY OIL USA, INC., a Delaware corporation, MURPHY OIL CORPORATION, a Delaware corporation, SAMSON RESOURCES CORP., a Delaware corporation, SAMSON RESOURCES COMPANY, a Oklahoma corporation, and JOHN DOES 1–30, inclusive,<br><br>Defendants. | Case No. CV-20-68-GF-BMM-JTJ<br><br>**ORDER APPROVING ESTABLISHMENT OF EPU-I QUALIFIED SETTLEMENT FUND TRUST** |
| MURPHY EXPLORATION & PRODUCTION CO., MURPHY OIL, USA, INC., and MURPHY PIL CORPORATION,<br><br>Third-Party Plaintiffs,<br><br>v. | |

| |
|---|
| BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company, POPLAR RESOURCES LLC, a Montana limited liability company, W.R. GRACE & CO., a Connecticut Corporation, GRACE PETROLEUM CORPORATION, a Delaware Corporation, SAMSON RESOURCES CORPORATION, a Delaware Corporation, SAMSON RESOURCES COMPANY, an Oklahoma Corporation, SAMSON RESOURCES II, LLC, a Delaware LLC, and JAMES DOES 1-20 Inclusive,<br><br>            Third-Party Defendants. |

The Court, having reviewed the Unopposed Motion for Approval of Qualified Settlement Fund Pursuant to Section 468B of the Internal Revenue Code,

HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. The Court approves the establishment of the EPU-I Qualified Settlement Fund Trust (the "Trust") and recognizes the Trust as a Qualified Settlement Fund; and

2. The Court will continue to exercise jurisdiction over the Trust until the Trust is terminated.

DATED this 5th day of September 2023.

_____
Brian Morris, Chief District Judge
United States District Court