| | |
|---|---|
| Michael D. Cok | Trent M. Gardner |
| Travis W. Kinzler | Kyle W. Nelson |
| Jonathan M. Cok | GOETZ, GEDDES & GARDNER, P.C. |
| COK KINZLER PLLP | 35 North Grand Ave. |
| 35 North Bozeman Ave. | P.O. Box 6580 |
| Bozeman, Montana 59715 | Bozeman, Montana 59771-6580 |
| Ph:    (800) 677-6263 | Ph:    (406) 587-0618 |
| mikecok@cokkinzlerlaw.com | tgardner@goetzlawfirm.com |
| tkinzler@cokkinzlerlaw.com | knelson@goetzlawfirm.com |
| jcok@cokkinzlerlaw.com | |

Richard J. Angell
J. Michael Bailey (*pro hac vice*)
PARSONS BEHLE & LATIMER
201 South Main Street, Ste. 1800
Salt Lake City, Utah 84111
Ph:    (801) 532-1234
rangell@parsonsbehle.com
mbailey@parsonsbehle.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# GREAT FALLS DIVISION

| | |
|---|---|
| ZIMMERMAN, INC., DUN O'CONNOR, and FAITH M. O'CONNOR,<br><br>              Plaintiffs,<br><br>       v.<br><br>MURPHY EXPLORATION & PRODUCTION CO., a Delaware corporation, MURPHY OIL USA, INC., a Delaware corporation, MURPHY OIL CORPORATION, a Delaware corporation, and JOHN DOES 1–30, inclusive, | Case No. CV-20-68-GF-BMM<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ZIMMERMAN, INC.'S CLAIMS AGAINST MURPHY DEFENDANTS** |

|  |  |
|---|---|
| Defendants.<br>MURPHY EXPLORATION & PRODUCTION CO., MURPHY OIL USA, INC., and MURPHY OIL CORPORATION,<br><br>      Third-Party Plaintiffs,<br><br>      vs.<br><br>BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company, and JAMES DOES 1-20 Inclusive,<br><br>      Third-Party Defendants. |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zimmerman, Inc. (Zimmerman) and Defendants Murphy Exploration & Production Co., Murphy Oil USA, Inc., and Murphy Oil Corporation (Murphy Defendants), by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of all of Zimmerman's claims against the Murphy Defendants in this action.

This stipulation does not apply to claims between the Murphy Defendants and Ballard Petroleum Holdings, LLC, which claims are not addressed by this stipulation.

DATED this 23rd day of June, 2025.

By: */s/ Kyle W. Nelson*
Michael D. Cok
Travis W. Kinzler
Jonathan M. Cok
COK KINZLER PLLP

Trent M. Gardner
Kyle W. Nelson
GOETZ, GEDDES & GARDNER, P.C.

Richard J. Angell
J. Michael Bailey (*pro hac vice*)
PARSONS BEHLE & LATIMER

*Attorneys for Plaintiffs*

By: */s/ John Ray Nelson*
John Ray Nelson
Scott M. DuBoff (PHV)
Devra R. Cohen (PHV)
FOSTER GARVEY PC

By: */s/ Leonard H. Smith*
Leonard H. Smith
CROWLEY FLECK PLLP

*Attorneys for Defendants Murphy Exploration & Production Co., Murphy Oil USA, Inc., and Murphy Oil Corporation*